Robert Russell ORANGE, Appellant,

v.

Geneva Gifford ORANGE, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Tyler C. Bourne, Paducah, for appellant.

H. W. Roberts, Jr., Clinton, William L. Shadoan, Wickliffe, for appellee.

Memorandum Opinion of the Court by Special Commissioner ARMAND ANGE-LUCCI, Affirming.*

COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,

v.

Docie ASHER et al., Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

Carl T. Miller, Jr., General Counsel, Department of Highways, James D. Robinson, Acting General Counsel, Department of Highways, Charles E. Skidmore, Department of Highways, Frankfort, for appellant.

Lester H. Burns, Jr., Burns, Maricle & Mitchell, Manchester, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

* Opinion ordered not to be published.

Kenneth William BOWN et al., Appellants,

v.

Barney DOUBLIN, Adm'r of the Estate of Bettye Jane Bright, Deceased, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Farland Robbins, Mayfield, for appellant.

James B. Brien, Jr., Mayfield, William L. Shadoan, Wickliffe, for appellee.

Memorandum Opinion of the Court by Special Commissioner RALPH N. WAL-TER, Affirming.*

COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,

v.

William Watson SHEWMAKER et al., Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

Carl T. Miller, Jr., Gen. Counsel, Dept. of Highways, Frankfort, Theodore H. Lavit, Lebanon, for appellant.

H. Edward O'Daniel, Jr., Springfield, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.